FILED
GREAT FALLS DIV.

'07 MAY 4 AM 9 20

PATRICK ... CLERK
BY _____
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF MONTANA

## GREAT FALLS DIVISION

| | |
|---|---|
| CLIFFORD TRUDEAU,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>MICHAEL C. PREZEAU, Citizen of the County of Lincoln, COUNTY OF LINCOLN, DAN O'FALLON, Citizen of the County of Cascade, CASCADE COUNTY, and STATE OF MONTANA,<br><br>　　　　　　Defendants. | No. CV 06-113-GF-SEH<br><br>**ORDER** |

On April 10, 2007, United States Magistrate Judge Keith Strong entered Findings and Recommendation[1] in this matter. Plaintiff did not file objections. No review is required of proposed findings and recommendations to which no objection is made. Thomas v. Arn, 474 U.S. 140, 149-152 (1986). However, this Court will review Judge Strong's Findings and Recommendation for clear error.

---

[1] Docket No. 13.

-1-

Upon *de novo* review of the record, I find no clear error in Judge Strong's Findings and Recommendation and adopt them in full.

ORDERED:

1.  Plaintiff's Complaint[2] is DISMISSED WITH PREJUDICE.

2.  The docket should reflect that Plaintiff's filing of this action counts as one strike for failure to state a claim on which relief may be granted. 28 U.S.C. § 1915(g).

3.  Any appeal from this action would be taken in bad faith.

The Clerk of Court is directed to enter judgment accordingly.

DATED this 4th day of May, 2007.

SAM E. HADDON
United States District Judge

---

[2] Docket No. 1.